

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00604-CR

Donnell **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7580
Honorable Joey Contreras, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 31, 2019.

_____
Patricia O. Alvarez, Justice